# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRUSHER DESIGNS, LLC, | |
| Plaintiff(s), | Case No. 2:14-cv-01267-GMN-NJK |
| vs. | ORDER GRANTING EX PARTE MOTION TO EXTEND |
| ATLAS COPCO POWERCRUSHER GMBH, et al., | |
| Defendant(s). | (Docket No. 10) |

Pending before the Court is Plaintiff's motion to extend the time to effectuate service in this case. Docket No. 10. Defendants have not yet appeared. Plaintiff argues that a 60-day extension is proper, *inter alia*, in light of its newly filed amended complaint. *See id.* at 2. The Court must extend the deadline to serve the complaint when good cause is shown. *See* Fed. R. Civ. P. 4(m). For good cause shown, the Court hereby **GRANTS** the motion to extend and **ORDERS** that Plaintiffs' deadline to effectuate service is extended by 60 days.

IT IS SO ORDERED.

DATED: November 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge