KYLE ANNE CITRYNELL, ESQ.
citrynell@derbycitylaw.com
CHRISTOPHER A. BATES, ESQ.
bates@derbycitylaw.com
SEILLER WATERMAN, LLC
462 S. Fourth Street
Meidinger Tower, 22nd Floor
Louisville, Kentucky 40202
Telephone: (502) 584-7400
*Admitted Pro Hac Vice*

L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
tnu@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:    (702) 699-7500
Facsimile:    (702) 699-7555
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRUSHER DESIGNS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLAS COPCO POWERCRUSHER GmbH; ATLAS COPCO U.S.A. HOLDINGS, INC.; and MINING, ROCK EXCAVATION AND CONSTRUCTION, LLC,<br><br>    Defendants. | Case No.  2:14-cv-01267-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF, CRUSHER DESIGNS, LLC, TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Crusher Designs, LLC ("Plaintiff" or "Crusher Designs"), on the one hand, and Defendants Atlas Copco U.S.A. Holdings, Inc. and Mining, Rock Excavation and Construction, LLC (together, the "Defendants"), on the other hand, state the following:

1. The Complaint was filed on August 1, 2014 (Doc. No. 1);

2. A First Amended Complaint was filed on November 21, 2014 (Doc. No. 13);

3. Defendant Atlas Copco U.S.A. Holdings, Inc. was served with the First Amended Complaint on December 18, 2014 (Doc. No. 17);

4. Defendant Mining, Rock Excavation and Construction, LLC was served with the First Amended Complaint on December 22, 2014 (Doc. No. 18);

5. Plaintiff was served with Defendants' Motion to Dismiss on January 20, 2015 (Doc. No. 21);

6. Due to intervening matters, Plaintiff requested an agreement for an extension of time from Defendants of ten (10) days to respond to Defendants' Motion to Dismiss, to which Defendants agreed;

7. No party will be prejudiced by the agreed-upon extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Therefore, good cause exists to extend the date for Plaintiff to respond to Defendants' Motion to Dismiss on or before February 16, 2015.

**IT IS SO AGREED AND STIPULATED:**

| SEILLER WATERMAN, LLC | LEWIS ROCA ROTHGERBER, LLP |
|---|---|
| /s/ L. Christopher Rose | /s/ Meng Zhong |
| Kyle Ann Citrynell, Esq. | Michael J. McCue, Esq., #6055 |
| Christopher A. Bates, Esq. | Jonathan W. Fountain, Esq., #10351 |
| 462 S. Fourth Street | Meng Zhong, Esq., #12145 |
| Meidinger Tower, 22nd Floor | 3993 Howard Hughes Parkway, #600 |
| Louisville, Kentucky 40202 | Las Vegas, Nevada 89169 |
| *Admitted Pro Hac Vice* | *Attorneys for Defendants Atlas Copco USA Holdings Inc. and Mining, Rock Excavation and Construction LLC* |

L. Christopher Rose, Esq., #7500
Tyler N. Ure, Esq., #11730
3800 Howard Hughes Parkway, #1600
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 02/04/2015**

## CERTIFICATE OF SERVICE

This will hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Jolley Urga Woodbury & Little, 3800 Howard Hughes Parkway, 16th Floor, Las Vegas, Nevada 89169.

This is to certify that on the 4th day of February 2015, I electronically filed the **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF, CRUSHER DESIGNS, LLC, TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (First Request)** with the Clerk of Court using the CM/ECF system, which will cause the document to be served upon all current counsel of record.

/s/ Kelly McGee
_____
An Employee of JOLLEY URGA WOODBURY & LITTLE

K:\CLIENT FILES\LCR\Crusher Designs LLC 12213\Atlas Copco 26000\Pleadings\DR\15-02-04 SAO Extension Time Respond Mtn Dismiss.doc