Michael J. McCue (NV Bar No. 6055)
MMcCue@LRRLaw.com
Jonathan W. Fountain (NV Bar No. 10351)
JFountain@LRRLaw.com
Meng Zhong (NV Bar No. 12145)
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398

*Attorneys for Defendants*
*Atlas Copco U.S.A. Holdings, Inc.,*
*Mining, Rock Excavation and Construction, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRUSHER DESIGNS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLAS COPCO POWERCRUSHER GmbH; ATLAS COPCO U.S.A. HOLDINGS, INC.; and MINING, ROCK EXCAVATION AND CONSTRUCTION, LLC,<br><br>Defendants. | Case No. 2:14-cv-01267-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ATLAS COPCO U.S.A. HOLDINGS, INC. AND MINING, ROCK EXCAVATION AND CONSTRUCTION, LLC TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Crusher Designs, LLC ("Plaintiff" or "Crusher Designs") and Defendants Atlas Copco U.S.A. Holdings, Inc. and Mining, Rock Excavation and Construction, LLC (together, the "Defendants") state the following:

1. The Complaint was filed on August 1, 2014 (Doc. No. 1);

2. A First Amended Complaint was filed on November 21, 2014 (Doc. No. 13);

3. Defendant Atlas Copco U.S.A. Holdings, Inc. was served with the First Amended Complaint on December 18, 2014 (Doc. No. 17);

4. Defendant Mining, Rock Excavation and Construction, LLC was served with the First Amended Complaint on December 22, 2014 (Doc. No. 18);

5. Plaintiff was served with Defendants' Motion to Dismiss on January 20, 2015 (Doc.

-1-

No. 21);

6. The parties stipulated extending the time for Plaintiff to oppose Defendants' Motion to Dismiss to February 19, 2015 (Doc. No. 25);

7. Plaintiff filed its Opposition to Defendants' Motion to Dismiss on February 19, 2015 (Doc. No. 26);

8. Due to the general press of business, Defendants requested and Plaintiff agreed to a one-week extension for Defendants to submit a reply in support of Defendants' Motion to Dismiss;

9. Therefore, good cause exists to extend the date for Defendants Atlas Copco U.S.A. Holdings, Inc. and Mining, Rock Excavation and Construction, LLC to submit a reply in support of their Motion to Dismiss to March 9, 2015.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER LLP | JOLLEY URGA WOODBURY & LITTLE |
|---|---|
| By: /s/ Meng Zhong<br>Michael J. McCue<br>Jonathan W. Fountain<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Defendants*<br>*Atlas Copco U.S.A. Holdings, Inc.;*<br>*Mining, Rock Excavation and Construction, LLC* | By: /s/ L. Christopher Rose<br>L. Christopher Rose<br>Tyler N. Ure<br>3800 Howard Hughes Pkwy., #1600<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff Crusher Designs, LLC* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 02/27/2015**