KYLE ANNE CITRYNELL, ESQ.
citrynell@derbycitylaw.com
CHRISTOPHER A. BATES, ESQ.
bates@derbycitylaw.com
SEILLER WATERMAN, LLC
462 S. Fourth Street
Meidinger Tower, 22nd Floor
Louisville, Kentucky 40202
Telephone: (502) 584-7400
*Admitted Pro Hac Vice*

L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
tnu@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRUSHER DESIGNS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>ATLAS COPCO POWERCRUSHER GmbH; ATLAS COPCO U.S.A. HOLDINGS, INC.; and MINING, ROCK EXCAVATION AND CONSTRUCTION, LLC,<br><br>  Defendants. | Case No.  2:14-cv-01267-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF, CRUSHER DESIGNS, LLC, TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Crusher Designs, LLC ("Plaintiff" or "Crusher Designs"), on the one hand, and Defendants Atlas Copco U.S.A. Holdings, Inc. and Mining, Rock Excavation and Construction, LLC (together, the "Defendants"), on the other hand, state the following:

1. On March 20, 2014, Defendants filed a Motion to Stay Discovery Pending Ruling on a Motion to Dismiss.

2. Plaintiff was served with the Motion via the Court's CM/ECF system on March 20, 2015.

3. Due to unavoidable circumstances, Plaintiff will be unable to file it response in the normal course.

4. Plaintiff and Defendants stipulate to extend the time for Plaintiff to file its response to the Motion to Stay Discovery Pending Ruling on a Motion to Dismiss to Tuesday, April 7, 2015.

5. No party will be prejudiced by the agreed-upon extension.

///

///

///

6. Therefore, good cause exists to extend the date for Plaintiff to respond to Defendants' Motion to Stay on or before April 7, 2015.

**IT IS SO AGREED AND STIPULATED:**

| SEILLER WATERMAN, LLC | LEWIS ROCA ROTHGERBER, LLP |
|---|---|
| /s/ Christopher A. Bates | /s/ Meng Zhong |
| Kyle Ann Citrynell, Esq. | Michael J. McCue, Esq., #6055 |
| Christopher A. Bates, Esq. | Jonathan W. Fountain, Esq., #10351 |
| 462 S. Fourth Street | Meng Zhong, Esq., #12145 |
| Meidinger Tower, 22nd Floor | 3993 Howard Hughes Parkway, #600 |
| Louisville, Kentucky 40202 | Las Vegas, Nevada 89169 |
| *Admitted Pro Hac Vice* | *Attorneys for Defendants Atlas Copco USA Holdings Inc. and Mining, Rock Excavation and Construction LLC* |

L. Christopher Rose, Esq., #7500
Tyler N. Ure, Esq., #11730
3800 Howard Hughes Parkway, #1600
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: April 6, 2015