# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRUSHER DESIGNS, LLC, et al., | Case No. 2:14-cv-01267-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| ATLAS COPCO POWERCRUSHER GmbH, et al., | |
| Defendant(s). | |

On August 31, 2015, the Court denied without prejudice Defendants' motion to seal. Docket No. 50. The Court ordered that the subject documents would remain sealed for the time being, "but Defendants must file a renewed motion to seal no later than September 8, 2015. In the event Defendants fail to do so, the Court may order the subject documents unsealed." *Id.* at 1. When no renewed motion to seal was filed, the Court ordered Defendants to show cause why the documents at Docket Nos. 45 and 46 should not be unsealed. Docket No. 54. Defendants have now filed a response indicating that they do not believe the appropriate standard can be met to seal those documents. Docket No. 55. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal Docket Nos. 45 and 46.

IT IS SO ORDERED.

DATED: September 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge