# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CRUSHER DESIGNS, LLC,           )
                                )
                    Plaintiff,  )     Case No.: 2:14-cv-01267-GMN-NJK
          vs.                   )
                                )          **ORDER**
ATLAS COPCO POWERCRUSHER GmbH,  )
*et al.*,                       )
                                )
                    Defendants. )
_____)

     Pending before the Court is the Report and Recommendation (ECF No. 57) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered September 30, 2015.

     Pursuant to Local Rule IB 3-2(a), objections were due by October 17, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Nancy J. Koppe's Recommendation should be accepted.

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 57) is **ACCEPTED**.

     **IT IS FURTHER ORDERED** that the Motion for Attorney Fees (ECF No. 48) is **GRANTED in part** and **DENIED in part**.

     **IT IS FURTHER ORDERED** that Defendants be awarded $30,532.50 in attorney fees.

     **DATED** this __20__ day of October, 2015.


_____
Gloria M. Navarro, Chief Judge
United States District Judge