KYLE ANNE CITRYNELL, ESQ.
citrynell@derbycitylaw.com
CHRISTOPHER A. BATES, ESQ.
bates@derbycitylaw.com
SEILLER WATERMAN, LLC
462 S. Fourth Street
Meidinger Tower, 22nd Floor
Louisville, Kentucky  40202
Telephone: (502) 584-7400
*Admitted Pro Hac Vice in district court*

L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
lcr@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway  #1600
Las Vegas, Nevada  89169
Telephone:  (702) 699-7500
Facsimile:  (702) 699-7555
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRUSHER DESIGNS, LLC, | Case No. 2:14-cv-01267-GMN-NJK |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | |
| ATLAS COPCO POWERCRUSHER GmbH; ATLAS COPCO U.S.A. HOLDINGS, INC.; and MINING, ROCK EXCAVATION AND CONSTRUCTION, LLC, | |
| Defendants. | |

Page 1 of 2

406470

Plaintiff Crusher Designs, LLC, through its attorneys, and Defendants Atlas Copco Powercrusher GmbH; Atlas Copco U.S.A. Holdings, INC.; and Mining, Rock Excavation and Construction, LLC, through their attorneys, hereby stipulate to dismissal of this action with prejudice, each of the parties to bear their own attorneys' fees and costs.

DATED this 24th day of November, 2015.  DATED this 24th day of November, 2015.

SEILLER WATERMAN, LLC  LEWIS ROCA ROTHGERBER, LLP

/s/ L. Christopher Rose  /s/ Meng Zhong
_____  _____
KYLE ANNE CITRYNELL, ESQ.  MICHAEL J. McCUE, ESQ.
CHRISTOPHER A. BATES, ESQ.  mmcue@lrrlaw.com
Meidinger Tower, 22nd Floor  JONATHAN W. FOUNTAIN, ESQ.
462 S. Fourth Street  jfountain@lrrlaw.com
Louisville, Kentucky 40202  MENG ZHONG, ESQ.
*Admitted Pro Hac Vice*  mzhong@lrrlaw.com
 3993 Howard Hughes Parkway, Suite 600
L. CHRISTOPHER ROSE, ESQ., #7500  Las Vegas, Nevada 89169
3800 Howard Hughes Parkway #1600  *Attorneys for Defendants*
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 30, 2015

406470